**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| ERIC WALTERS | ) | |
| | ) | Civil Action No. 07-1645 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Judge Joy Flowers Conti |
| | ) | |
| ANGELO ARMENTI, JR., PRESIDENT OF | ) | |
| CALIFORNIA UNIVERSITY OF PENNSYLVANIA; | ) | Electronically Filed |
| THE PENNSYLVANIA STATE SYSTEM OF | ) | |
| HIGHER EDUCATION;  JUDY G. HAMPLE, | ) | |
| CHANCELLOR OF THE PENNSYLVANIA | ) | |
| STATE SYSTEM OF HIGHER EDUCATION; | ) | |
| and, EDWARD G. RENDELL, GOVERNOR OF PA, | ) | |
| | ) | |
| Defendants. | ) | |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE:
DEFENDANT ANGELO ARMENTI**

**AND NOW** come the Parties, through their attorneys, and hereby stipulate pursuant to

Federal Rule of Civil Procedure 41(a)(1)(ii) to the dismissal of Plaintiff's claims against named

Defendant Angelo Armenti in the above-captioned action with prejudice, without any award of fees

and costs by the Court.

**Respectfully submitted,**

| | |
|---|---|
| s/Joseph H. Chivers | s/Mariah L. Passarelli |
| Joseph H. Chivers, Esquire | Mariah L. Passarelli, Deputy Atty. General |
| PA ID No. 39184 | PA ID No. 202469 |
| Suite 600 | Office of the Attorney General |
| 312 Boulevard of the Allies | 6th Floor, Manor Complex |
| Pittsburgh, PA  15222-1923 | 564 Forbes Avenue |
| (412) 227-0763 | Pittsburgh, PA  15219 |
| (412) 281-8481 FAX | (412) 565-3579 |
| | |
| **Counsel for Plaintiff** | **Counsel for Defendants** |

**Dated:  August 15, 2008**